IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV538 |
| | ) | |
| v. | ) | ORDER TO ISSUE WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| SEAN M. CONWAY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| E&A CONSULTING GROUP, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

This matter comes before this court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America (Filing No. 11) for an order to issue the Writ of Continuing Garnishment against E&A Consulting Group, Inc., the garnishee, and for good cause shown,

**IT IS ORDERED:**

1. The plaintiff's Application For Writ of Continuing Garnishment (Filing No. 11) is granted.

2. The Clerk of the Court shall issue a Writ of Continuing Garnishment against E&A Consulting Group, Inc., whose address is 330 N. 117th Street, Omaha, Nebraska 68154.

DATED this 22nd day of February, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge