IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CV538 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO ISSUE WRIT OF |
| ) | CONTINUING GARNISHMENT |
| SEAN M. CONWAY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ELM LOCATING & UTILITY SERVICES, ) | |
| ) | |
| Garnishee. ) | |

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, (Filing No. 19) for an order to issue the Writ of Continuing Garnishment against , ELM Locating & Utility Services, the garnishee, and for good cause shown,

**IT IS ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment against ELM Locating & Utility Services, whose address is 1111 E. Broadway, Missoula, MT 59802.

DATED this 15th day of July, 2009.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                    United States Magistrate Judge